IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-CR-30103-02-MJR |
| ) | |
| MITCHELL J. ABREU, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT & RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

**REAGAN, Chief Judge:**

On September 11, 2018, the parties appeared before the Honorable Clifford J. Proud, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Mitchell J. Abreu entered a plea of guilty to Counts 1 and 2 of the superseding indictment (Doc. 45). Magistrate Judge Proud filed a Report & Recommendations (Doc. 105), which recommended that the undersigned accept the guilty plea and notified the parties that any objections to his Report and Recommendation were due on or before September 28, 2018.

That deadline has come and gone with no objection from either party. Accordingly the Court **ADOPTS** in its entirety the Report & Recommendation, **ACCEPTS** Defendant Abreu's guilty plea, and **ADJUDGES** him guilty of the offenses set forth therein. The Court **DIRECTS** that a presentence investigation report be

1

prepared by the United States Probation Office, and **CONFIRMS** that sentencing is set for December 14, 2018, at 10:00 a.m.

    **IT IS SO ORDERED**.

    DATED: October 10, 2018

                                              *<u>s/ Michael J. Reagan</u>*
                                              MICHAEL J. REAGAN
                                              **Chief Judge**
                                              **United States District Court**